Fred Lichtmacher
The Law Office of Fred Lichtmacher P.C.
116 West 23rd Street Suite 500
New York, NY 10011
(212) 922-9066
empirestatt@aol.com

February 28, 2019

Hon. Andrew T. Baxter, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396
**VIA ECF**

Re:  Kadeem Arrindel-Martin v. The City of Syracuse Et Al
     Index No.: 18-CV-780 (GTS/ATB)

Your Honor:

      I represent the plaintiff in the above entitled matter. I write in response to the Court's Order for a status letter.

      Both parties have served initial disclosures, first requests for discovery and Notices of Deposition.  Plaintiff is in the process of a Touhee request for a key witness and otherwise gathering witnesses.

      I believe we are on track within the parameters Ordered by the Court.

                                      Respectfully submitted

                                            /s/

                                        Fred Lichtmacher

cc:    Christina F. DeJoseph, Esq.
        Senior Assistant Corporation Counsel